**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22758-DPG**

**BENJAMIN COUSINS, M.D., P.A.,**

**Plaintiff,**

**v.**

**CIGNA HEALTH AND LIFE INSURANCE COMPANY,**

**Defendant.**

_______________________________/

# FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon Defendant Cigna Health and Life Insurance Company's ("Cigna") Motion for Summary Judgment ("Motion"). [ECF No. 57]. On July 31, 2026, the Court granted the Motion. [ECF No. 59]. Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters Final Judgment in favor of Cigna and against Plaintiff Benjamin Cousins, M.D., P.A. Plaintiff shall take nothing on his claims. The Court reserves jurisdiction as to attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**